IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  March 11, 2014 |
| Court Reporter:      Gwen Daniel | Probation: Justine Kozak |

_____

| | |
|---|---|
| Criminal Action No.  12-cr-00048-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Susan Knox |
|       Plaintiff, | |
| v. | |
| 9.   RICHARD REED,<br>         a/k/a "Wax," | John Tatum |
|       Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:04 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Tatum

Court's comments

1

**ORDERED:** Defendant Richard Reed's Objections to Presentence Investigation Report [653] are OVERRULED AS BEING OUT OF TIME.

**ORDERED:** There being no objection, the Government's Motion Regarding Acceptance of Responsibility [527] is GRANTED.

**ORDERED:** There being no objection, the Government's Motion to Dismiss Counts of Indictment Pursuant to Plea Agreement as to Defendant Richard Reed [528] is GRANTED. Counts Twenty-Four, Twenty-Six, Twenty-Eight and Twenty-Nine of the Indictment are dismissed as to Defendant 9. Richard Reed only.

The Court takes up the issue of the safety valve reduction.

Court's comments

The parties stipulate to the first four of the five factors for considering safety valve eligibility. Before the Court is the fifth factor.

Argument by Mr. Tatum

The defense requests that the Court incorporate into the record Exhibit A to ECF No. 709, for the purposes of this sentencing hearing.

Ms. Knox's comments

The Government has no objection to the Court taking into consideration Exhibit A to ECF 709 as part of the evidence, as part of this hearing.

**ORDERED:** Exhibit A to ECF Doc No. 709 is accepted and admitted into the record as the defendant's evidence, with respect to his eligibility under the fifth prong for the safety valve reduction.

Discussion

Argument by Ms. Knox

The Government contends that the submission of Defense Exhibit A to ECF Doc No. 709 does not shift the burden back to the Government and does not meet the preponderance standard.

Colloquy between the Court and Mr. Tatum

Argument by Mr. Tatum

Further Discussion

02:24 - 02:25  Mr. Tatum has a discussion with the defendant off the record.

Court's comments

The Court defers ruling as to whether the defendant has satisfied his burden sufficiently to require the Government to go forward.

**GOVERNMENT'S WITNESS DONALD PETERSON**
02:26 Direct (by Ms. Knox)

02:41  Cross (by Mr. Tatum)

02:59  Redirect

03:04  Court in Recess
03:15  Court in Session

**ORDERED:   This sentencing hearing is CONTINUED to a date yet to be determined.**

**ORDERED:   The parties shall file a status report with the Court on or before March 25, 2014.**

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:16 p.m.     Court in Recess
               Hearing continued
               Time: one hour and one minute